# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER EUGENE ZVOLANEK,          )<br>                     Plaintiff,          )<br>                                       )<br>v.                                     )<br>                                       )<br>STATE OF KANSAS; COLONEL WILLIAM R.    )<br>SECK, of the KANSAS HIGHWAY PATROL in  )<br>his official capacity; MARC McCUNE, individually )<br>and in his official capacity, BOARD OF COUNTY  )<br>COMMISSIONERS OF THE COUNTY OF         )<br>LYON; LYON COUNTY SHERIFF GARY         )<br>EICHORN, individually and in his official )<br>capacity; SHERIFF's DEPUTY ZACK SHAFER, )<br>individually and in his official capacity; )<br>SHERIFF'S DEPUTY JEFFERY BLEDSOE,      )<br>individually and in his official capacity; JOHN )<br>DOES 1 through 10, OFFICERS OF THE LYON )<br>COUNTY SHERIFF'S DEPARTMENT;          )<br>MICHAEL JOHNSTON, in his official capacity )<br>as President of the KANSAS TURNPIKE    )<br>AUTHORITY,                             )<br>                     Defendants.       )<br>_____ ) | Case No. 05-CV-02524-KHV-JPO |

**ORDER**

Dated on this 28th day of November, 2006, upon the joint stipulation of the parties (Doc. #96), and for good cause shown, IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice because the parties have settled the matter, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
Honorable Kathryn H. Vratil
United States District Court Judge

1